■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES E. TRUDEAU, Also Known as CHARLES TRUEDELL, Also Known as CHARLES DEVEREAU, Also Known as PAUL DENNING, and LEROY DURHAM.— Motion for a change of venue denied. See decision in *People* v. *Trudeau,* motion for change of venue denied (16 A D 2d 887).

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY DURHAM.— Motion for a change of venue denied. See decision in *People* v. *Trudeau,* motion for change of venue denied (16 A D 2d 887).

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERTA CLEVELAND.— Motion for change of venue denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. HAROLD SINK, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1962 Term.

■ In the Matter of BURNET SCRAP CORP.— Appeal dismissed, without costs, upon stipulation.

## FIRST DEPARTMENT, JUNE, 1962

## (June 5, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK v. REX LAMPKINS.— Motion for leave to appeal as a poor person and motion for an enlargement of time granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.